# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
(Kansas City Docket)

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    **Plaintiff,**<br><br>   v.<br><br>**LUIS ALBERTO QUINTERO-JIMENEZ**<br>   a.k.a. Carlos Quintero-Jimenez,<br>   a.k.a. Carlos Ochoa-Garcia,<br>   a.k.a. Jesus Nevares-Pena,<br>   a.k.a. Frost,<br>**CYNTHIA NAYOMIE RODRIGUEZ**<br>   a.k.a. Jewel,<br>**DILLON LANE REED**<br>   a.k.a. Dillion Lane Reed,<br>   a.k.a. Reed Pickle,<br>   a.k.a. Reed Peckle,<br>   a.k.a. Pickles,<br>**JELENA LOUISE HOLT,**<br>**ANTHONY RANDALL GOMEZ**<br>   a.k.a. Antonio,<br>   a.k.a. Anto,<br>**ADRIAN OSWALDO CONTRERAS**<br>   a.k.a. Chato,<br>   a.k.a. Adrian Osvaldo Contreras,<br>**THOMAS JOSEPH CAMBIANO**<br>   a.k.a. Tommy,<br>**CHRISTOPHER GERALD LOREE,**<br>**BENNIE LEE STONE,**<br>**ALAN JAMISON BARRERO**<br>   a.k.a. Al Barrero,<br>   a.k.a. AJ,<br>**ABBY NICOLE NUZUM,**<br>**HEATHER ANN BURGESS,**<br>**KASEY LANCE KIRK,**<br>**SEAN ALEXANDER TENNISON,**<br>**KATRINA LYNN JOB,** | Case No. 17-20038-JAR/DJW<br><br>**FILED UNDER SEAL** |

IGNACIO CRUZ-ECHEGARAY,
BENJAMIN MADRID-MEZA
   a.k.a. Papelillo,
EDUARDO GARCIA-PATINO,
KYLE DAVID TATE,
and
MICHAEL BRANDON FERNANDEZ,

              Defendants.

## INDICTMENT

The Grand Jury charges:

## COUNT 1

Beginning on or about July 1, 2016 and continuing to on or about August 23, 2017, in the District of Kansas and elsewhere, the defendants,

        **LUIS ALBERTO QUINTERO-JIMENEZ**
            a.k.a. Carlos Quintero-Jimenez,
            a.k.a. Carlos Ochoa-Garcia,
            a.k.a. Jesus Nevares-Pena,
            a.k.a. Frost,
        **CYNTHIA NAYOMIE RODRIGUEZ**
            a.k.a. Jewel,
        **DILLON LANE REED**
            a.k.a. Dillion Lane Reed,
            a.k.a. Reed Pickle,
            a.k.a. Reed Peckle,
            a.k.a. Pickles,
        **JELENA LOUISE HOLT,**
        **ANTHONY RANDALL GOMEZ**
            a.k.a. Antonio,
            a.k.a. Anto,
        **ADRIAN OSWALDO CONTRERAS**
            a.k.a. Chato,
            a.k.a. Adrian Osvaldo Contreras,
        **THOMAS JOSEPH CAMBIANO**
            a.k.a. Tommy,
        **CHRISTOPHER GERALD LOREE,**
        **BENNIE LEE STONE,**
        **ALAN JAMISON BARRERO**

**a.k.a. Al Barrero,**
**a.k.a. AJ,**
**ABBY NICOLE NUZUM,**
**HEATHER ANN BURGESS,**
**KASEY LANCE KIRK,**
**SEAN ALEXANDER TENNISON,**
**KATRINA LYNN JOB,**
**IGNACIO CRUZ-ECHEGARAY,**
**BENJAMIN MADRID-MEZA**
**a.k.a. Papelillo,**
**EDUARDO GARCIA-PATINO,**
**KYLE DAVID TATE,**
**and**
**MICHAEL BRANDON FERNANDEZ,**

knowingly and intentionally conspired with each other and with other persons, both known and unknown to the grand jury, to distribute and possess with intent to distribute more than 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).  This was all in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about August 17, 2016, in the District of Kansas, the defendant,

**LUIS ALBERTO QUINTERO-JIMENEZ**
**a.k.a. Carlos Quintero-Jimenez,**
**a.k.a. Carlos Ochoa-Garcia,**
**a.k.a. Jesus Nevares-Pena,**
**a.k.a. Frost,**

knowingly and intentionally distributed more than 50 grams of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii), and Title 18, United States Code, Section 2.

## COUNT 3

On or about September 25, 2016, in the District of Kansas, the defendant,

**DILLON LANE REED**
**a.k.a. Dillion Lane Reed,**
**a.k.a. Reed Pickle,**
**a.k.a. Reed Peckle,**
**a.k.a. Pickles,**

knowingly and intentionally used a communication facility, to wit: a telephone, in committing, causing, and facilitating the offense set forth in Count 1 of this Indictment, incorporated by reference herein, in violation of Title 21, United States Code, Section 843(b).

## COUNT 4

On or about September 26, 2016, in the District of Kansas, the defendant,

**JELENA LOUISE HOLT,**

knowingly and intentionally used a communication facility, to wit: a telephone, in committing, causing, and facilitating the offense set forth in Count 1 of this Indictment, incorporated by reference herein, in violation of Title 21, United States Code, Section 843(b).

## COUNT 5

On or about September 26, 2016, in the District of Kansas, the defendant,

**JELENA LOUISE HOLT,**

knowingly and intentionally possessed with the intent to distribute more than 50 grams of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## COUNT 6

On or about October 4, 2016, in the District of Kansas, the defendant,

**CYNTHIA NAYOMIE RODRIGUEZ
a.k.a. Jewel,**

knowingly and intentionally used a communication facility, to wit: a telephone, in committing, causing, and facilitating the offense set forth in Count 1 of this Indictment, incorporated by reference herein, in violation of Title 21, United States Code, Section 843(b).

## COUNT 7

On or about October 4, 2016, in the District of Kansas, the defendant,

**ANTHONY RANDALL GOMEZ
a.k.a. Antonio,
a.k.a. Anto,**

knowingly and intentionally used a communication facility, to wit: a telephone, in committing, causing, and facilitating the offense set forth in Count 1 of this Indictment, incorporated by reference herein, in violation of Title 21, United States Code, Section 843(b).

## COUNT 8

On or about October 9, 2016, in the District of Kansas, the defendant,

**LUIS ALBERTO QUINTERO-JIMENEZ
a.k.a. Carlos Quintero-Jimenez,
a.k.a. Carlos Ochoa-Garcia,
a.k.a. Jesus Nevares-Pena,
a.k.a. Frost,**

knowingly and intentionally used a communication facility, to wit: a telephone, in committing, causing, and facilitating the offense set forth in Count 1 of this Indictment, incorporated by reference herein, in violation of Title 21, United States Code, Section 843(b).

## COUNT 9

On or about October 9, 2016, in the District of Kansas, the defendant,

**ADRIAN OSWALDO CONTRERAS**
**a.k.a. Chato,**
**a.k.a. Adrian Osvaldo Contreras,**

knowingly and intentionally used a communication facility, to wit: a telephone, in committing, causing, and facilitating the offense set forth in Count 1 of this Indictment, incorporated by reference herein, in violation of Title 21, United States Code, Section 843(b).

## COUNT 10

On or about October 9, 2016, in the District of Kansas, the defendant,

**THOMAS JOSEPH CAMBIANO**
**a.k.a. Tommy,**

knowingly and intentionally possessed with the intent to distribute more than 50 grams of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## COUNT 11

On or about November 8, 2016, in the District of Kansas, the defendant,

**CHRISTOPHER GERALD LOREE,**

knowingly and intentionally used a communication facility, to wit: a telephone, in committing, causing, and facilitating the offense set forth in Count 1 of this Indictment, incorporated by reference herein, in violation of Title 21, United States Code, Section 843(b).

## COUNT 12

On or about November 10, 2016, in the District of Kansas, the defendant,

**HEATHER ANN BURGESS,**

knowingly and intentionally used a communication facility, to wit: a telephone, in committing, causing, and facilitating the offense set forth in Count 1 of this Indictment, incorporated by reference herein, in violation of Title 21, United States Code, Section 843(b).

## COUNT 13

On or about November 10, 2016, in the District of Kansas, the defendant,

**CYNTHIA NAYOMIE RODRIGUEZ
a.k.a. Jewel,**

knowingly and intentionally used a communication facility, to wit: a telephone, in committing, causing, and facilitating the offense set forth in Count 1 of this Indictment, incorporated by reference herein, in violation of Title 21, United States Code, Section 843(b).

## COUNT 14

On or about November 15, 2016, in the District of Kansas, the defendant,

**CYNTHIA NAYOMIE RODRIGUEZ
a.k.a. Jewel,**

knowingly and intentionally used a communication facility, to wit: a telephone, in committing, causing, and facilitating the offense set forth in Count 1 of this Indictment, incorporated by reference herein, in violation of Title 21, United States Code, Section 843(b).

## COUNT 15

On or about November 15, 2016, in the District of Kansas, the defendant,

**KASEY LANCE KIRK,**

knowingly and intentionally used a communication facility, to wit: a telephone, in committing, causing, and facilitating the offense set forth in Count 1 of this Indictment, incorporated by reference herein, in violation of Title 21, United States Code, Section 843(b).

## COUNT 16

On or about November 15, 2016, in the District of Kansas, the defendant,

**KASEY LANCE KIRK,**

knowingly and intentionally possessed with the intent to distribute more than 50 grams of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## COUNT 17

On or about November 22, 2016, in the District of Kansas, the defendant,

**CYNTHIA NAYOMIE RODRIGUEZ**
**a.k.a. Jewel,**

knowingly and intentionally used a communication facility, to wit: a telephone, in committing, causing, and facilitating the offense set forth in Count 1 of this Indictment, incorporated by reference herein, in violation of Title 21, United States Code, Section 843(b).

## COUNT 18

On or about November 22, 2016, in the District of Kansas, the defendant,

**ALAN JAMISON BARRERO**
**a.k.a. Al Barrero,**
**a.k.a. AJ,**

knowingly and intentionally used a communication facility, to wit: a telephone, in committing, causing, and facilitating the offense set forth in Count 1 of this Indictment, incorporated by reference herein, in violation of Title 21, United States Code, Section 843(b).

## COUNT 19

On or about November 25, 2016, in the District of Kansas, the defendant,

**ABBY NICOLE NUZUM,**

knowingly and intentionally used a communication facility, to wit: a telephone, in committing, causing, and facilitating the offense set forth in Count 1 of this Indictment, incorporated by reference herein, in violation of Title 21, United States Code, Section 843(b).

## COUNT 20

On or about January 31, 2017, in the District of Kansas, the defendant,

**SEAN ALEXANDER TENNISON,**

knowingly and intentionally possessed with the intent to distribute more than 50 grams of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## COUNT 21

On or about January 31, 2017, in the District of Kansas, the defendant,

**KATRINA LYNN JOB,**

knowingly and intentionally used a communication facility, to wit: a telephone, in committing, causing, and facilitating the offense set forth in Count 1 of this Indictment, incorporated by reference herein, in violation of Title 21, United States Code, Section 843(b).

## COUNT 22

On or about January 31, 2017, in the District of Kansas, the defendant,

**CYNTHIA NAYOMIE RODRIGUEZ
a.k.a. Jewel,**

knowingly and intentionally used a communication facility, to wit: a telephone, in committing, causing, and facilitating the offense set forth in Count 1 of this Indictment, incorporated by reference herein, in violation of Title 21, United States Code, Section 843(b).

## COUNT 23

On or about January 31, 2017, in the District of Kansas, the defendant,

**KATRINA LYNN JOB,**

knowingly and intentionally possessed with intent to distribute more than 50 grams of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## COUNT 24

On or about February 6, 2017, in the District of Kansas, the defendant,

**CYNTHIA NAYOMIE RODRIGUEZ**
**a.k.a. Jewel,**

knowingly and intentionally used a communication facility, to wit: a telephone, in committing, causing, and facilitating the offense set forth in Count 1 of this Indictment, incorporated by reference herein, in violation of Title 21, United States Code, Section 843(b).

## COUNT 25

On or about February 6, 2017, in the District of Kansas, the defendant,

**BENJAMIN MADRID-MESA**
**a.k.a. Papelillo,**

knowingly and intentionally used a communication facility, to wit: a telephone, in committing, causing, and facilitating the offense set forth in Count 1 of this Indictment, incorporated by reference herein, in violation of Title 21, United States Code, Section 843(b).

## COUNT 26

On or about March 31, 2017, in the District of Kansas, the defendant,

**EDUARDO GARCIA-PATINO,**

knowingly and intentionally possessed with intent to distribute more than 50 grams of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## COUNT 27

On or about April 20, 2017, in the District of Kansas, the defendant,

**BENNIE LEE STONE,**

knowingly and intentionally possessed with intent to distribute more than 50 grams of

methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii) and Title 18, United States Code, Section 2.

### COUNT 28

On or about February 21, 2017, in the District of Kansas, the defendant,

**BENNIE LEE STONE,**

knowingly and intentionally used a communication facility, to wit: a telephone, in committing, causing, and facilitating the offense set forth in Count 1 of this Indictment, incorporated by reference herein, in violation of Title 21, United States Code, Section 843(b).

### COUNT 29

On or about June 15, 2017, in the District of Kansas, the defendant,

**BENJAMIN MADRID-MEZA**
**a.k.a. Papelillo,**

knowingly and intentionally distributed more than 50 grams of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii) and Title 18, United States Code, Section 2.

### COUNT 30

On or about August 2, 2017, in the District of Kansas, the defendant,

**MICHAEL BRANDON FERNANDEZ,**

knowingly and intentionally distributed more than 50 grams of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii) and Title 18, United States Code, Section 2.

### COUNT 31

Beginning on or about July 1, 2016 and continuing to on or about July 26, 2017, in the District of Kansas, the defendants,

**LUIS ALBERTO QUINTERO-JIMENEZ**
a.k.a. Carlos Quintero-Jimenez,
a.k.a. Carlos Ochoa-Garcia,
a.k.a. Jesus Nevares-Pena,
a.k.a. Frost,
and
**CYNTHIA NAYOMIE RODRIGUEZ**
a.k.a. Jewel,

while maintaining, managing, and controlling, whether permanently or temporarily, as an owner, agent, lessee, and occupant, a residence located at 1125 South 35th Street, Kansas City, Kansas, did knowingly and intentionally make available for use said residence for the purpose of unlawfully storing, using, manufacturing, and distributing methamphetamine; a controlled substance.

This was all in violation of Title 21, United States Code, Sections 856(a)(2) and Title 18, United States Code, Section 2.

## COUNT 32

On or about April 7, 2017, in the District of Kansas, the defendant,

**IGNACIO CRUZ-ECHEGARAY,**

while maintaining, managing and controlling, whether permanently or temporarily, as an owner, agent, lessee, and occupant, a residence located at 2725 North 34th Street, Kansas City, Kansas, did knowingly and intentionally make available for use said residence for the purpose of unlawfully storing, using, manufacturing, and distributing methamphetamine; a controlled substance.

This was all in violation of Title 21, United States Code, Sections 856(a)(2) and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Sections 841 or 846, the defendants,

**LUIS ALBERTO QUINTERO-JIMENEZ**
a.k.a. Carlos Quintero-Jimenez,
a.k.a. Carlos Ochoa-Garcia,
a.k.a. Jesus Nevares-Pena,
a.k.a. Frost,
**CYNTHIA NAYOMIE RODRIGUEZ**
a.k.a. Jewel,
**DILLON LANE REED**
a.k.a. Dillion Lane Reed,
a.k.a. Reed Pickle,
a.k.a. Reed Peckle,
a.k.a. Pickles,
**JELENA LOUISE HOLT,**
**ANTHONY RANDALL GOMEZ**
a.k.a. Antonio,
a.k.a. Anto,
**ADRIAN OSWALDO CONTRERAS**
a.k.a. Chato,
a.k.a. Adrian Osvaldo Contreras,
**THOMAS JOSEPH CAMBIANO**
a.k.a. Tommy,
**CHRISTOPHER GERALD LOREE,**
**BENNIE LEE STONE,**
**ALAN JAMISON BARRERO**
a.k.a. Al Barrero,
a.k.a. AJ,
**ABBY NICOLE NUZUM,**
**HEATHER ANN BURGESS,**
**KASEY LANCE KIRK,**
**SEAN ALEXANDER TENNISON,**
**KATRINA LYNN JOB,**
**IGNACIO CRUZ-ECHEGARAY,**
**BENJAMIN MADRID-MEZA**
a.k.a. Papelillo,
**EDUARDO GARCIA-PATINO,**

**KYLE DAVID TATE,**
and
**MICHAEL BRANDON FERNANDEZ,**

shall forfeit to the United States of America any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense, including but not limited to:

> A. A forfeiture money judgment in an amount equal to the amount of gross proceeds obtained or derived by each defendant from the commission of Count 1.

If any of the property described above, as a result of any act or omission of the defendants:

> A. cannot be located upon the exercise of due diligence;
>
> B. has been transferred or sold to, or deposited with, a third party;
>
> C. has been placed beyond the jurisdiction of the court;
>
> D. has been substantially diminished in value; or
>
> E. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

This was all in violation of Title 21, United States Code, Section 853.

A TRUE BILL.

Dated:  August 23, 2017					s/Foreperson_____
							FOREPERSON


*s/James T. Ward*, # 23356 for
THOMAS E. BEALL
United States Attorney
District of Kansas
500 State Ave., Suite 360
Kansas City, KS 66101
(913) 551-6730
(913) 551-6541 (fax)
Email:  thomas.beall@usdoj.gov
Ks. S. Ct. No. 19929

*s/Tristram W. Hunt,* #18196 for
THOMAS E. BEALL
United States Attorney
District of Kansas
500 State Ave., Suite 360
Kansas City, KS 66101
(913) 551-6730
(913) 551-6541 (fax)
Email:  thomas.beall@usdoj.gov
Ks. S. Ct. No. 19929

(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

**PENALTIES:**

**Counts 1 – 2, 5, 10, 16, 20, 23, 26 – 27, 29, and 30:   21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and 846; 18 U.S.C. § 2**

- NLT 10 years NMT life imprisonment;
- NMT $10,000,000.00 fine;
- NLT 5 years supervised release;
- Forfeiture Allegation; and
- $100.00 special assessment fee.

If the defendant has a prior conviction for a felony drug offense the penalties are:

- NLT 20 years NMT life imprisonment;
- NMT $20,000,000.00 fine;
- NLT 10 years supervised release;
- Forfeiture Allegation; and
- $100.00 special assessment fee.

If the defendant has two or more prior convictions for felony drug offenses the penalties are:

- NLT life imprisonment;
- NMT $20,000,000.00 fine;
- Forfeiture Allegation; and
- $100.00 special assessment fee.

**Counts 3 – 4, 6 – 9, 11 – 15, 17 – 19, 21– 22, 24, 25, 28:  21 U.S.C. § 843(b)**

- NMT 4 years imprisonment;
- NMT $250,000 fine;
- NMT 3 years supervised release;
- Forfeiture Allegation; and
- $100 special assessment fee.

**Counts 31 & 32:  21 U.S.C. § 856(a)(2), 18 U.S.C. § 2**

- NMT 20 years imprisonment;
- NMT $500,000.00 fine;
- NMT 3 years supervised release;
- Forfeiture Allegation; and
- $100.00 special assessment fee.